FILED
CLERK, U.S. DISTRICT COURT

MAY 6, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL WILLARD,<br><br>Defendant. | Case No. 22-MJ-01641<br><br>ORDER OF DETENTION |

I.

On May 6, 2022, Defendant made his initial appearance - by consent to appear by video teleconference - on the criminal complaint filed in this matter. Deputy Federal Public Defender Reid Rowe was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

### IV.

The Court bases its conclusions on information included in the pretrial services report and the indictment:

As to risk of non-appearance:

☒ Background information is partially verified and there are some inconsistencies in information provided regarding Defendant's travel outside the Country.

☒ Defendant has a history of contacts with law enforcement which include failures to appear and outstanding warrants

☒ Defendant has a suspended or revoked driver's license

☒ Defendant has proffered minimal bail resources

As to danger to the community:

☒ Defendant's criminal history includes felony convictions for robbery, vehicle theft, grand theft, evading a police officer, burglary, and within the last three years, vandalism and making threats, in addition to misdemeanor convictions for driving under the influence and driving without a license. Defendant also has a lengthy record of law enforcement contacts.

☒ the allegations in the criminal complaint involve acts of violence.

### V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: May 6, 2022

                                        /s/
                               ALKA SAGAR
           UNITED STATES MAGISTRATE JUDGE